DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA J. SHEPARD (CABN 205143)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    Email: Alexandra.Shepard2@usdoj.gov

Attorneys for the United States of America

MORGAN A. EDWARDS
Law Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-19-0284 MAG |
| Plaintiff, | |
| v. | DECLARATION OF MORGAN A. EDWARDS IN SUPPORT OF THE GOVERNMENT'S MOTION FOR SUMMONS |
| DILAN YAGMUR, | |
| Defendant. | |

I, Morgan A. Edwards, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office, assisting Special Assistant United States Attorney Alexandra Shepard in the prosecution of this case. I have reviewed the following information in reports provided by the Federal Bureau of Investigation.

DECLARATION IN SUPPORT OF SUMMONS

2. On December 7, 2018, the Federal Bureau of Investigation executed search and arrest warrants at the San Francisco, California apartment shared by defendant Dilan Yagmur and two other individuals, one of whom is the subject of a separate criminal case in the Northern District of California. *See United States v. Michael Shiferaw*, 18-CR-00600 WHA.

3. FBI Special Agents at the search site described Yagmur as "agitated" and "frantic." She was physically and verbally abusive towards the Special Agents during the search and had to be removed from the apartment and restrained with handcuffs. After some period of time, Yagmur ultimately left to go to her job as an au pair.

4. Several hours after Yagmur left the residence, Special Agent P.S. left the search location and walked towards his car. In the intersection of 11th Avenue and Cabrillo Street, the location of Shiferaw's apartment building, Special Agent P.S. encountered Yagmur.

5. Yagmur charged at and violently pushed Special Agent P.S., making physical contact with him. Yagmur then yelled, "How do you like that?!" at Special Agent P.S., and violently pushed him a second time. Special Agent P.S. tried to walk around Yagmur to get to his car, but Yagmur obstructed Special Agent P.S.'s ability to walk away. Special Agent P.S. then turned around to walk away from Yagmur, towards the search location, when Yagmur followed him and again charged at and violently pushed him from behind.

6. On June 25, 2019, an Information was filed charging the defendant, Dilan Yagmur, with one count of violating 18 U.S.C. § 111(a)(1) – Assault on a Federal Officer.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed June 26, 2019 in San Francisco, California.

DATED: June 26, 2019

　　　　　　　　　　　　　　　　　　　　　/s/
MORGAN A. EDWARDS
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF SUMMONS